SECOND DISTRICT.

Edith Frye, Appellee, v. Illinois Power and Light Corporation, Appellant.

Gen. No. 9,362.

opinion filed January 26, 1939; opinion slightly modified and rehearing denied August 1, 1939. E. Bentley Hamilton, for appellant; Cassidy & Knoblock and John E. Carlson, for appellee; John E. Cassidy and John E. Carlson, of counsel. Opinion by JUSTICE WOLFE. ''Not to be published in full.''